**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
ABRAHAM GROSS,

               Plaintiff,                     20-cv-2675 (AT) (OTW)

      -against-                     **ORDER**

HBO WEST COAST PROGRAMMING LLC, et al.,

               Defendants.
-------------------------------------------------------------x

    **ONA T. WANG, United States Magistrate Judge:**

Plaintiff's request for an extension to respond to Defendant's motion to dismiss is granted. The motion is due no later than October 23, 2020. The Clerk is respectfully directed to mail a copy of this Order to Plaintiff.

    **SO ORDERED.**

                                                            _s/ Ona T. Wang_
Dated: October 7, 2020                                **Ona T. Wang**
       New York, New York                United States Magistrate Judge