UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ABRAHAM GROSS,

                Plaintiff,                    20-CV-2675 (AT) (OTW)

          -against-               **ORDER**

HBO WEST COAST PROGRAMMING LCC, et al.,

             Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

Pursuant to the directions given during the status conference held on October 14, 2020, it is hereby **ORDERED** that:

- Plaintiff's request for an extension to effect service is granted *nunc pro tunc* to **November 20, 2020**;

- Plaintiff's second request for an extension to file his opposition to Defendant Central Casting New York's motion to dismiss is granted. Plaintiff's opposition is due by **November 20, 2020.**

The Clerk is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

                                              *s/ Ona T. Wang*

Dated: October 14, 2020              **Ona T. Wang**
       New York, New York         United States Magistrate Judge