**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
ABRAHAM GROSS,                                               :
                                                             :
                    Plaintiff,                               :      20-CV-2675 (AT) (OTW)
                                                             :
            -against-                                        :      ORDER
                                                             :
CRASH FOR GOLD LLC, et al.,                                  :
                                                             :
                    Defendants.                              :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed Plaintiff's letter at ECF 24. It is hereby **ORDERED** that, by **November 25, 2020**, Plaintiff is directed to submit a letter on the docket identifying, by ECF number, which documents were mistakenly filed on the docket and should be stricken. ECF 6 and ECF 11, which both appear to be amended complaints, are not identical. ECF 11-1 to 11-6 appear to bear no relation to this case.

**SO ORDERED.**

Dated: November 10, 2020
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge