UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ABRAHAM GROSS,

      Plaintiff,     20-cv-2675 (AT) (OTW)

  -against-        **ORDER**

HBO WEST COAST PROGRAMMING LLC, et al.,

      Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff's request for an extension to respond to Defendant's motion (ECF 29) is granted. The Clerk is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

                 _s/ Ona T. Wang_
Dated: December 1, 2020         **Ona T. Wang**
   New York, New York       United States Magistrate Judge