UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ABRAHAM GROSS,

                Plaintiff,

                -against-

HBO WEST COAST PROGRAMMING LLC, et al.,

                Defendants.

------------------------------------------------------------x

20-CV-2675 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

Parties are directed to meet and confer and, **by February 4, 2021**, file a joint status letter detailing the status of mediation including estimated timing. The letter must also detail what, if any, efforts have been made to engage the non-appearing parties in mediation.

    **SO ORDERED.**

*s/ Ona T. Wang*

Dated: January 28, 2021
      New York, New York

**Ona T. Wang**
United States Magistrate Judge