UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ABRAHAM GROSS,

                      Plaintiff,                        20-cv-2675 (AT) (OTW)

          -against-                        **ORDER OF SERVICE**

HBO WEST COAST PROGRAMMING LLC, et al.,

                      Defendants.
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff brings this *pro se* action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297, and the New York City Human Rights Law, N.Y.C. Admin. Code §§ 8-101 to 131. Plaintiff alleges that his employer discriminated against him based on his sex. By order dated April 1, 2020, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP").

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP). The Marshals unsuccessfully attempted service, pursuant to the Court's initial order of service, on Defendants Crash for Gold LLC, Nicole Payson, HBO Inc., and HBO West Coast Programming LLC on July 2, 2020; November 3, 2020;

and November 20, 2020, respectively. (ECF 13, 25, 26, 36). Service was only successful as to Defendant Central Casting. (ECF 16). Pursuant to the directions given at the October 14, 2020 status conference, Plaintiff provided the following corrected service addresses for the yet-to-be-served parties:[1]

1. HBO Inc.
   c/o CT Corporation System
   28 Liberty Street
   New York, NY 10005

2. HBO West Coast Programming LLC
   c/o CT Corporation System
   28 Liberty Street
   New York, NY 10005

3. Crash for Gold LLC
   c/o CT Corporation System
   28 Liberty Street
   New York, NY 10005

4. Nicole Payson
   561 West 143rd Street
   Apt. 23b
   New York, NY 10031

(ECF 24, 42). Accordingly, to allow Plaintiff to serve Defendants HBO Inc, HBO West Coast Programming, Crash for Gold LLC, and Nicole Payson through the U.S. Marshals Service, the Clerk of Court is directed to issue a summons as to these Defendants and to prepare the necessary paperwork, including the U.S. Marshals Service Process Receipt and Return form ("USM-285 form"), for Defendants HBO Inc, HBO West Coast Programming, Crash for Gold LLC, and Nicole Payson. The Clerk is further directed to deliver all necessary paperwork to the U.S.

---

[1] The previously attempted service was not to these addresses.

Marshals Service for them to effect service upon Defendants HBO Inc, HBO West Coast Programming, Crash for Gold LLC, and Nicole Payson at the service addresses listed above.

Additionally, the Court is aware that a mediation conference is currently scheduled for April 1, 2021 with the Court's Mediation Program. **Defendant Central Casting New York is hereby ORDERED to serve a copy of this order on Defendants HBO Inc, HBO West Coast Programming, Crash for Gold LLC, and Nicole Payson and file proof of service on the docket by March 26, 2021**. Defendants HBO Inc, HBO West Coast Programming, Crash for Gold LLC, and Nicole Payson are strongly encouraged to participate in the upcoming mediation conference.

SO ORDERED.

Dated: March 24, 2021
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge