UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM GROSS,

    Plaintiff,

-against-

HBO WEST COAST PROGRAMMING LLC, et al.,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2021____

20 Civ. 2675 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 21, 2021, Plaintiff moved for reconsideration of the Court's order of May 27, 2021. ECF No. 62. The motion is DENIED as untimely. *See* Local Rule 6.3 (requiring motions for reconsideration to be served within fourteen days of the Court's original determination). Even if it were timely, Plaintiff's arguments are meritless and fail to meet the high bar required to prevail on a motion for reconsideration. *Mallet v. Miller*, 438 F. Supp. 2d 276, 277 (S.D.N.Y. 2006).

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: June 29, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge