```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ABRAHAM GROSS,

                Plaintiff,

                -against-

HBO WEST COAST PROGRAMMING LLC, et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2022
```

20 Civ. 2675 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter dated November 6, 2022. ECF No. 69. Plaintiff states, "More than a year has passed since Defendant Central Casting ("Central") executed a settlement agreement . . . in which it committed to compensate Plaintiff for the career-ending harm and loss he suffered[.]" *Id.* at 1. Plaintiff claims that, "[n]otwithstanding [Central's] obligation, to date, more than a year later, Central has still not issued payment[.]" *Id.* Plaintiff requests that the Court "consider reopening this proceeding . . . [or] scheduling a teleconference with all parties." *Id.* at 3.

    Plaintiff's request to reopen the action is DENIED as untimely.[1] This case was closed on April 23, 2021. ECF No. 53.[2] Accordingly, Plaintiff's request for a teleconference is also DENIED.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: November 14, 2022
       New York, New York

                                  ANALISA TORRES
                              United States District Judge

---

[1] Even if Plaintiff's request were timely, the Court does not have jurisdiction to enforce any settlement agreement in this action because the parties did not file any such agreement on the docket by May 24, 2021. ECF No. 53 ("Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period [thirty days after April 23, 2021] to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.").

[2] On May 27, 2021, the Court denied Plaintiff's prior application to reopen the case, ECF No. 55. ECF No. 61.